# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-30588

United States Court of Appeals
Fifth Circuit

**FILED**
March 10, 2020

Lyle W. Cayce
Clerk

CHRISTOPHER VERDIN,

      Plaintiff - Appellant

v.

CHARLES COOK, in his individual and official capacity; JOE CEHAN, Deputy, in his individual and official capacity; CODY GUILBEAUX, Deputy, in his individual and official capacity; JERRY LARPENTER, Sheriff, in his individual and official capacity, Jointly and severally,

      Defendants - Appellees

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-548

---

Before BARKSDALE, HIGGINSON, and DUNCAN, Circuit Judges.

PER CURIAM:*

      AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.